# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-25
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/ | STATE OF CONNECTICUT<br>JUDICIAL BRANCH<br>SUPERIOR COURT<br>*www.jud.ct.gov*  |
|---|---|

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☑ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>146 WHITE STREET, DANBURY, CT 06810 | Telephone number of clerk<br>( 203 ) 207 – 8600 | Return Date *(Must be a Tuesday)*<br>2/3/2026 |
|---|---|---|
| ☑ Judicial District ☐ Housing Session    G.A. ☐ Number: ___ | At *(City/Town)*<br>Danbury | Case type code *(See list on page 2)*<br>Major: C90    Minor: |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Steve M. Edwards, FCI Danbury, 33½ Pembroke Rd, Danbury, CT 06811 | Juris number *(if attorney or law firm)* |
|---|---|
| Telephone number<br>( ) | Signature of plaintiff *(if self-represented)*<br>Steven Edwards | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13)    ☐ Yes ☑ No    | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: Steven M. Edwards<br>Address: FCI Danbury, 33½ Pembroke Road, Danbury, CT 06811 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: American Credit Acceptance<br>Address: 961 E. Main St., 2nd Floor, Spartansburg, SC 29302 | D-01 |
| **Additional defendant** | Name:<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |
| **Total number of plaintiffs:** 1 | **Total number of defendants:** 1 | ☐ Form JD-CV-2 attached for additional parties |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.

2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.

3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.

4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.

5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

| Date | Signed *(Sign and select proper Box)* | ☐ Commissioner of Superior Court<br>☑ ASSISTANT Clerk | Name of person signing<br>A. VEERARAGHM |
|---|---|---|---|

| | For Court Use Only |
|---|---|
| If this summons is signed by a Clerk:<br>a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date 10/05/25 | Docket Number |
|---|---|---|---|

Print Form    Page 1 of 2    Reset Form

IN THE DANBURY SUPERIOR COURT
STATE OF CONNECTICUT

Steven M. Edwards, Pro Se
FCI Danbury
33½ Pembroke Rd.
Danbury, CT 06811

Civil Action
Complaint

v.

American Credit Acceptance
961 E. Main St., 2nd Floor
Spartansburg, SC 29302

Judge:

Case No:

USPS Tracking No: 9589071052700777350848

STATE OF CONNECTICUT, complaining of defendant, states as follows:

## FACTS

1. On or about September 6, 2024, Plaintiff noted a fraudulent account through American Credit Acceptance (account #9012480xxxx) reported on his credit report.

2. On or about August 18th, 2025, in fact, the Plaintiff asserts that he contacted American Credit Acceptance, in an effort to have the fraudulent account removed. (Exhibit A)

3. On or about, September 24, 2025, the Defendant sent a letter asserting that they believe "the referenced account is legitimate, and not fraudulently opened." (Exhibit B)

4. The Plaintiff has been incarcerated continuously since August 2008 and was, therefore, unable to open any accounts, including this one. (Exhibit C)

5. On or about September 18, 2025, Plaintiff received a "Results of Investigation" letter from TransUnion Credit Bureau, which noted that the account with American Credit Acceptance was investigated and was verified as accurate. (Exhibit D)

-1-

6. The Plaintiff contends that the account with American Credit Acceptance (account number 9012480✽✽✽✽) for a car loan, with a balance of $42,689, opened on or around September 6, 2024, was not opened by the Plaintiff. Plaintiff further contends that he was physically unable to initiate such a line of credit as he has been continuously incarcerated since August 2008. (Exhibit D)

7. Plaintiff realleges and incorporates by reference paragraphs (1-6).

## Legal Claims

8. Plaintiff asserts the following claims:

   A. Defamation
   B. Negligence
   C. Violation of the Fair Credit Reporting Act (15 USC §1681 et seq.)
   D. Consumer Protection Act

9. Plaintiff has been and will continue to be irreparably injured by the conduct of Defendant, American Credit Acceptance, unless this court grants the declatory and injunctive relief which Plaintiff seeks. Plaintiff prays that the Defendant is forced to remove this fraudulent account and to correct the information with all three (3) credit bureaus (TransUnion, Equifax, and Experian).

## Prayer and Relief

WHEREFORE, the Plaintiff respectfully prays that this court enter Judgement granting Plaintiff:

10: A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

11. A preliminary and permanent injunction ordering Defendant American Credit Acceptance to remove the fraudulent account from their records and correct the information with all three credit bureaus (TransUnion, Equifax, and Experian) on the Plaintiff's credit reports.

-2-

12. Compensatory damages in the amount of $25,000 against the Defendant.

13. Punitive damages in the amount of $35,000 against the Defendant.

14. A jury trial on all issues triable by jury.

15. Plaintiff's costs in this suit and any other legal fees.

16. Any additional relief this Honorable Court deems just, proper, and equitable.

Respectfully Submitted,

Date: _____

Steven Edwards
Reg. No. 35869-007
FCI Danbury
33½ Pembroke Rd.
Danbury, CT 06811

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Steven Edwards
Reg. No. 35869-007
FCI Danbury
33½ Pembroke Rd.
Danbury, CT 06811

-3-

Exhibit A
Letter to American Credit Acceptance Regarding the Dispute

August 18th, 2025

Steven Edwards                          SSN: 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
Reg. No. 35869-007                      DOB: 7/29/1980
FCI Danbury
33½ Pembroke Rd.
Danbury, CT 06811

American Credit Acceptance              Acct. No. 9012480****
961 E. Main St.
2nd Floor
Spartanburg, SC 29302

TransUnion, LLC                         File Number: 459154330
P.O. Box 805                            Date Issued: 8/4/2025
Woodlyn, PA 19094

Experian Information Solution, Inc.
P.O. Box 2002
Allen, TX 75013

Equifax Credit Information Service
 P.O. Box 740241
Atlanta, GA 30374

To Whom it May Concern:

I recently received my credit report to make sure there has not been any incorrect or fraudulent activity on my account. However, upon receiving the report I noticed that there was a car loan for $42,689 which had been opened on 9/6/2024. The issue with this is that I never opened such an account. I have been incarcerated for the past decade, so it is impossible for me to have opened such an account. I am writing to you (American Credit Acceptance) to remove this account from this loan. And I am asking the credit bureaus (TransUnion, Equifax, and Experian) to remove this account from my credit report. As you know credit has far reaching effects, and being incarcerated, even after being released from prison, I will still have to deal with the stigma of being a felon. I do not need the additional hassle of dealing with fraudulently opened accounts.

I am requesting once I am removed from the loan and the loan is removed from my credit reports, that I am sent a revised report with the correct information for my records. If this matter is not corrected within 45 days of the receipt of this letter I will be forced to take legal action and file a civil action suit against the originator of the loan and the credit bureaus. I sincerely hope that this will not have to come to that and that this can be resolved outside of the courts.

I have included an affidavit stating that I did not open this account. With it I have included a photocopy of my prison identification card. You can use the inmate number on the card to confirm that I have been incarcerated for the past 10 years by going to the Federal Bureau of Prisons website (fbop.gov) and looking at my profile on the website. Thank you for your assistance with this important matter.

Sincerely,

Steven Edwards

October 7, 2025

Steven Edwards
Reg No 35869-007
FCI Danbury
33½ Pembroke Rd.
Danbury, CT 06811

American Credit Acceptance
Legal Department
961 E. Main Street, 2nd Floor
Spartansburg, SC 29302

To Whom it May Concern:

　　　Attached please find a copy of the filing that I intend to send to the Danbury Superior Court regarding the fraudulent account which was opened in my name. I am graciously offing your company until November 11, 2025 to correct this issue. If it is not corrected by then I will unfortunately be forced to file the civil action complaint against your company. Upon receipt of this certified letter your company will have 6 days to respond to the identified issue.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　Steven Edwards

Exhibit B
Response from American Credit Acceptance Regarding the Dispute



American
CREDIT ACCEPTANCE
Part of the Johnson Group

961 East Main Street
Spartanburg, SC 29302



9/24/2025

STEVEN M EDWARDS
33 ½ PEMBROKE RD
DANBURY, CT 06811

Re:    Dispute of Account # 0895, Identity Theft

Dear STEVEN M EDWARDS:

American Credit Acceptance, LLC (ACA) has received and reviewed your credit dispute regarding the above-referenced account. You have stated that this dispute involves identity theft, and you have provided certain documents in support of your identity theft claim.

ACA recognizes how disruptive identity theft can be and how important timely responses are to resolve the situation. We thank you for submitting the following material(s):

- Personal Identifying Information
- Explanatory Document(s)
- Identification Document(s)
- Supplemental Information

After a review of the information you provided to us and our records that pertain to your dispute, we are unable to substantiate your claim of identity theft. This is based on a review of records such as your credit application, retail installment contract, government-issued identification (if present), and other information (if available) such as proof of residency, proof of income, and other contact information.   Based on our review, we believe the referenced account is legitimate, and not fraudulently opened. The information ACA has reported to the credit bureaus is accurate. You are still responsible for this account, including any payments that are past due or will become due until it is paid off.

If you wish to provide additional context and/or documentation regarding your dispute, our team will review and/or investigate accordingly once that information is received. Please submit the following information and documents, to the extent you have not already submitted them:

- Explanatory Document(s)
    - Police Report related to the identity theft incident
    - Federal Trade Commission (FTC) Identity Theft Report
    - Consumer Financial Protection Bureau (CFPB) Identity Theft Complaint
- Identification Document(s)
    - Copy of a valid government-issued photo ID (Driver's License, Identification Card, Passport, etc.)
    - Social Security Card
- Supplemental Information
    - Recent utility bill showing name and current address
    - Recent paystub showing name and current address
    - Any additional documents that may help clarify your dispute

Please forward the documents to the following address along with your reference number as defined in the subject line of this letter:

American Credit Acceptance, LLC
Fraud Investigation Department

961 East Main Street    Spartanburg, SC 29302    1-866-544-3260    AmericanCreditAcceptance.com
ACA Fraud Unsubstantiated Letter - I.D Rev 2025 05 19

961 East Main Street, Spartanburg, South Carolina 29302

Sincerely,

Fraud Department

American Credit Acceptance, LLC

Exhibit C
Plaintiff's Sentence Monitoring Computation Data

```
  DANA2  540423                    SENTENCE MONITORING                    02-12-2025
PAGE 001                          COMPUTATION DATA                        13:55:42
                                  AS OF 02-12-2025

REGNO..: 35869-007 NAME: EDWARDS, STEVEN


FBI NO............: 632846KB9                    DATE OF BIRTH: 07-29-1980  AGE:  44
ARS1..............: DAN/A-DES
UNIT..............: 3 GE                         QUARTERS.....: J01-019L
DETAINERS.........: NO                           NOTIFICATIONS: NO

PSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-02-2031

THE INMATE IS PROJECTED FOR RELEASE: 10-02-2031 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 2006 CF1 00406
JUDGE...........................: DIXON
DATE SENTENCED/PROBATION IMPOSED: 07-25-2008
DATE COMMITTED..................: 06-22-2008
HOW COMMITTED...................: DC SUPERIOR COURT CONT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $00.00          $00.00          $00.00       $1,200.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 602     DC ASSAULT
OFF/CHG: ASSAULT W/I TO KILL WHILE ARMED WITH A PISTOL, 22-401,4502
         AGGRAVATED ASSAULT  GRAVE RISK WHILE ARMED, 22-404.1(b),4502
         POSS OF A FIREARM DURING CRIME OF VIOLENCE-PISTOL, 22-4504(b)

   SENTENCE PROCEDURE..............: DC SRAA ADULT SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   348 MONTHS
   TERM OF SUPERVISION............:     5 YEARS
   DATE OF OFFENSE................: 09-14-2006




   G0002       MORE PAGES TO FOLLOW . . .
```

```
DANA2  540*23 *              SENTENCE MONITORING                 02-12-2025
PAGE 002 OF 002 *             COMPUTATION DATA                    13:35:42
                             AS OF 02-12-2025
```

REGNO..: 35869-007 NAME: EDWARDS, STEVEN


-------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 10-19-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-25-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

```
DATE COMPUTATION BEGAN...........: 07-25-2008
TOTAL TERM IN EFFECT.............:  348 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   29 YEARS
EARLIEST DATE OF OFFENSE.........: 09-14-2006

JAIL CREDIT......................:  FROM DATE      THRU DATE
                                    09-15-2006     07-24-2008

TOTAL PRIOR CREDIT TIME..........: 679
TOTAL INOPERATIVE TIME...........: 0
TOTAL GCT EARNED AND PROJECTED..: 1443
TOTAL GCT EARNED.................: 849
STATUTORY RELEASE DATE PROJECTED: 10-02-2031
ELDERLY OFFENDER TWO THIRDS DATE: 01-14-2026
EXPIRATION FULL TERM DATE........: 09-14-2035
TIME SERVED......................:    18 YEARS      4 MONTHS     29 DAYS
PERCENTAGE OF FULL TERM SERVED..:  63.5
PERCENT OF STATUTORY TERM SERVED:  73.5

PROJECTED SATISFACTION DATE.....: 10-02-2031
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS........: 04-07-2020 GCT UPDATED PURSUANT TO FSA A/JRM 10-19-2021 GCT
                 DIS 41D D/JMM


G0000          TRANSACTION SUCCESSFULLY COMPLETED

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
Vs.

STEVEN M EDWARDS

**AMENDED ORDER**

JUDGMENT IN A CRIMINAL CASE
(Incarceration)

Case No. __2006 CF1 020406__
PDID No. __476490__
DCDC No. ___

THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:

| Count | Court Finding | Charge |
|---|---|---|
| 1 | Jury Trial Guilty | Assault W/I to Kill While Armed(Pistol) |
| 2 | Jury Trial Guilty | Poss Firearm During Crime of Violence(Pistol) |
| 3 | Jury Trial Guilty | Aggravated Aslt-Grave Risk While Armed |

### SENTENCE OF THE COURT

Count 1 Assault W/I to Kill While Armed(Pistol) - Sentenced to 240 months incarceration, 5 years supervised release. $400.00 VVCCA

Count 2 Poss Firearm During Crime of Violence(Pistol) - Sentenced to 108 months incarceration, 3 years supervised release. $400.00 VVCCA

Count 3 Aggravated Aslt-Grave Risk While Armed Sentenced to 132 months incarceration, 5 years supervised release. $400.00 VVCCA

COUNTS 1 and 3 – To run CONCURRENT WITH EACH OTHER.

$1200.00 VVCCA TO BE TAKEN FROM PRISON FUND AND ANY OTHER RESOURCES.

The defendant is hereby committed to the custody of the Attorney General to be incarcerated for a total term of __348 months__ MANDATORY MINIMUM term of __10 YEARS__ applies.

Upon release from incarceration, the Defendant shall be on supervised release for a term of: __5 YEARS__

The Court makes the following recommendations to the Bureau of Prisons/Department of Corrections:

Total costs in the aggregate amount of $ __1200.00__ have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☑ have not been paid. ☑ Appeal rights given ☐ Gun Offender Registry Order Issued

☑ Advised of right to file a Motion to Suspend Child Support Order ☐ Sex Offender Registration Notice Given

☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition

☐ Restitution is part of the sentence and judgment pursuant to D.C. Code § 16-711. ☐ Voluntary Surrender

__7/16/13__
Date

Certification by Clerk pursuant to Criminal Rule 32(d)

__7/16/13__
Date

HERBERT B DIXON JR
Judge

Sabrina Bell
Deputy Clerk

Received by DUSM: _____ Badge#. _____ Signature: _____ Date: _____ Time: _____
Printed Name

Case: 2006 CF1 020406

Exhibit D
"Results of Investigation" Letter from TransUnion

1000-PMG6RM00101693

PMG6RM00101693-1020743 254015884

STEVEN M EDWARDS/35869007 FCI DANBURY
33 HALFPEMBROKE RD
DANBURY, CT 06811

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

First-Class Mail
Presorted
U.S. Postage Paid
RIS

TransUnion LLC
PO Box 80?
Woodlyn, PA 19094-0805

09/18/2025



Information for Good

PMG6RM00101693-I020743-254015884

STEVEN M EDWARDS/35869007 FCI DANBURY
33 HALFPEMBROKE RD
DANBURY, CT 06811

Re: STEVEN M. EDWARDS,

Our investigation of the dispute you recently submitted on behalf of the above-referenced consumer is now complete. Please furnish the below information to the consumer.

Dear STEVEN M. EDWARDS,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
    ◦ Review relevant information we sent them, including any provided documents
    ◦ Investigate your dispute and verify whether the information they report is accurate
    ◦ Provide us a response to your dispute and update any other information
    ◦ Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## Your Investigation Results

INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.

AMERICAN CREDIT ACCEPTAN #9012480**** ( 961 E MAIN ST, 2ND FLOOR, SPARTANBURG, SC 29302, (866) 544-3430 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**, however, we updated: **Date Updated**; **Rating**; **Payment Received**; **Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | | | |
|---|---|---|---|---|
| Date Opened: | 09/06/2024 | Balance: | $45,885 | Pay Status: >Charged Off< |
| Responsibility: | Individual Account | Date Updated: | 08/31/2025 | Terms: $0 per month, paid Monthly |
| Account Type: | Installment Account | Payment Received: | 07/07/2025 ($0) | for 72 months |
| Loan Type: | AUTOMOBILE | Last Payment Made: | 07/07/2025 | Date Closed: 02/28/2025 |
| | | High Balance: | $42,689 | >Maximum Delinquency of 90 days in 01/2025 |
| | | Original Charge-off: | $42,689 | for $3,708< |
| | | Past Due: | >$45,885< | |

Remarks: >UNPAID BALANCE CHARGED OFF<

Estimated month and year that this item will be removed: 10/2031

| | 07/2025 | 06/2025 | 05/2025 | 04/2025 | 03/2025 | 02/2025 | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | 90 | 60 | 30 | OK | OK |